IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK NORWOOD, | CIV F 05 00757 AWI SMS HC |
| Petitioner, | ORDER TO SUBMIT NEW APPLICATION TO PROCEED |
| vs. | IN FORMA PAUPERIS **OR** PAY FILING FEE |
| JAMES YATES, | |
| Respondent. / | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, petitioner's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration.  Petitioner has submitted a certified copy of his prison trust account statement.  See 28 U.S.C. § 1915(a)(2).

1

1 | Petitioner will be provided the opportunity to submit a
2 | new application to proceed in forma pauperis **or** pay the $5.00
3 | filing fee.
4 | Accordingly, IT IS HEREBY ORDERED that:
5 | 1. The Clerk's Office shall send to petitioner the
6 | form for application to proceed in forma pauperis.
7 | 2. Within thirty days of the date of service of this
8 | order, petitioner shall submit a completed application to proceed
9 | in forma pauperis, or in the alternative, pay the $5.00 filing
10 | fee for this action.  Failure to comply with this order will
11 | result in a recommendation that this action be dismissed.
12 | IT IS SO ORDERED.
13 | **Dated:   July 14, 2005**               _____/s/ Sandra M. Snyder_____
     | 23ehd0                                    UNITED STATES MAGISTRATE JUDGE

2